ROBERT LEE WALLACE
TDCJ # 880928, CLEMENTS UNIT
9601   SPUR   591
AMARILLO, TEXAS 79107-9606

COURT OF CRIMINAL APPEALS OF TEXAS
OFFICE OF THE CLERK
POST OFFICE BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

October 1, 2015

RE: DOCKET REQUEST: CASE NO. WR-77,904-01, IN RE WALLACE
   Trial Court Cause No. 757673-A, 185th Dist. Court, Harris County

Dear Clerk,
   Hello. I am the above named person and case number. The attorney that was appointed to me simply refuses to answer my letters. Would it be at all possible to receive a copy of the docket sheet of the above case number from your office?
   DNA findings say I don't match, in fact the lab report points to two other unknown persons. The testing was done in 2005-06, but this Court still has not ruled on my action.
   Any assistance is truly appreciated. Thank you for your time and patience. Good day.

Sincerely,

Robert L. Wallace

Robert L. Wallace
an innocent man

cc: file

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk